No. 242, Misc.   FRASER *v.* UNITED STATES.   Motion for leave to file petition for writ of habeas corpus denied.

No. 267, Misc.   KIMURA ET AL. *v.* MACARTHUR ET AL. The motions are denied.   See the opinion announced today in *Hirota* v. *MacArthur,* 338 U. S. 197.*   *John W. Crandall, William Logan, Jr., Ben Bruce Blakeney, John G. Brannon* and *George Yamaoka* for petitioners.

No. 361.   MASTER METAL STRIP SERVICE, INC. ET AL. *v.* PROTEX WEATHERSTRIP MFG. CO. ET AL.   C. A. 7th Cir. Certiorari denied.   *Clarence E. Threedy* for petitioners. *Charles B. Cannon* for respondents.

No. 392.   McCOY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Wellington D. Rankin* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 401.   CITY BANK FARMERS TRUST CO., ANCILLARY EXECUTOR, *v.* PEDRICK, COLLECTOR OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.   *Charles Angulo* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *L. W. Post* for respondent.

No. 407.   WIDENHOUSE, TRADING AS CAROLINA OIL CO., *v.* WAR EMERGENCY CO-OPERATIVE ASSOCIATION.   C. A. 4th Cir.   Certiorari denied.   *Luther T. Hartsell, Jr.* for petitioner.   *Frank Thomas Miller, Jr.* for respondent.

No. 408.   ABRAHAM *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   *Louis M. Hopping* for petitioner.

*[The reporting of the opinion of the Court in this case was delayed pending announcement of the opinion of MR. JUSTICE DOUGLAS, which was announced on June 27, 1949.]